1

2

3

4

5

6

7

8                              IN THE UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   GREGORY LANE BURR,

11             Plaintiff,                           No. CIV S-10-0120 GEB GGH P

12        vs.

13   ARNOLD SCHWARZENEGGER, et al.,

14             Defendants.                          ORDER

15   _____/

16             Plaintiff, a state prisoner proceeding pro se, has requested that this action be

17   dismissed without prejudice.   Although this court's findings and recommendations,

18   recommending, inter alia, granting defendants' motion to dismiss, pursuant to nonenumerated

19   Rule 12(b), are pending (and the recommendation was made for dismissal without prejudice),

20   plaintiff has elected to dismiss his case voluntarily.   No answer or motion for summary judgment

21   having been filed, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), the action is dismissed.

22             Accordingly, the Clerk of Court shall close this case.

23   DATED: June 16, 2011

24                                                   /s/ Gregory G. Hollows

25                                                   GREGORY G. HOLLOWS
                                                     UNITED STATES MAGISTRATE JUDGE

26   GGH:009/mp
     burr0120.59ggh